

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

35 W. Wacker Drive
Chicago, IL 60601
T +1 (312) 558-5600
F +1 (312) 558-5700

**RONALD Y. ROTHSTEIN**
Partner
+1 312-558-7464
RRothste@winston.com

February 19, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/21/2025
```

**BY ECF**

Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Shepherd v. Unilever United States, Inc.*, No. 1:25-cv-00897

Dear Judge Marrero,

Plaintiff Dianna Shepherd and Defendant Unilever United States, Inc. (collectively, the "Parties") respectfully submit this request for the Court to transfer the above-captioned action (the "Action") to the Honorable Jesse M. Furman in the Southern District of New York with the related case *In Re Laundress Marketing And Product Liability Litigation*, No. 1:22-cv-10667 (JMF) (S.D.N.Y) ("Consolidated Case") in the interests of justice and judicial economy.

On February 19, 2025, the Parties conferred and agreed that the Action is related to the earlier filed Consolidated Case in that both cases involve similar issues of fact and law.

"[A] civil case . . . will be deemed related to one or more civil cases . . . when the interests of justice and efficiency will be served." Rules for the Division of Business Among District Judges, Southern District of New York, Rule 13(a)(1). In determining relatedness, courts consider whether (1) "the actions concern the same or substantially similar parties, property, transactions or events;" (2) "there is substantial factual overlap;" (3) the potential for conflicting orders; and (4) "whether absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court, parties or witnesses." *Id.* 13(a)(1)(A). Judges "may transfer directly any case . . . on that judge's docket to a consenting judge[.]" *Id.* 14

This Action is one of numerous cases filed by plaintiffs after discovery by The Laundress that certain of its products were at risk of bacterial contamination. Once the risk was discovered, The Laundress issued a public Safety Notice and, in conjunction with the Consumer Product Safety Commission, initiated a product recall, advising consumers to stop using the Products and offering purchasers a full refund. This Action and the Consolidated Case involve allegations regarding individual plaintiffs contracting an alleged bacterial infection and subsequent illness after using certain of Defendant's products. *See* Letter from Lisa M. Coutu, ECF No. 6. This case and the Consolidated Case thus involve the same or substantially similar detergents, involve similar



incidents and illness, and will require similar scientific and expert analysis and testimony, and ultimately involve similar questions of law.

This Court has also previously transferred two actions to Judge Furman after deeming the cases to be related to the Consolidated Case. *See* Memorandum Endorsement, *In Re Laundress Marketing and Product Liability Litig.*, No. 1:22-cv-10667 (S.D.N.Y.), ECF No. 154 (accepting transfer of *Wyatt v. The Laundress, LLC,* No. 1:24-cv-07083 (S.D.N.Y.) to Judge Furman as related); *id.*, ECF No. 174 (accepting transfer of *Jenkins v. Unilever United States, Inc.*, No. 1:25-cv-00286 (S.D.N.Y.) to Judge Furman as related).

Because the subject matter, legal claims and central issues of this Action and the Consolidated Case substantially overlap, considerable judicial resources would be conserved by transfer. Accordingly, the Parties respectfully request that the Court transfer this Action to Judge Furman with the Consolidated Case and stay Defendant's deadline to respond to the Complaint while transfer is pending.

Undersigned counsel has conferred with Plaintiff's counsel, who consents to this request.

Respectfully submitted,

*/s/ Ronald Rothstein*

Ronald Y. Rothstein
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
rrothste@winston.com
Telephone: (312) 558-7464
Facsimile: (312) 558-5700

*Counsel for Defendant*

cc: All counsel of record (via ECF)

---

```
Request GRANTED. The above-captioned case shall be transferred to
Judge Furman of the United States District Court for the Southern
District of New York. The Clerk of Court is respectfully directed
to take all necessary steps to transfer this action to Judge
Furman as a related case to In re Laundress Marketing and Product
Liability Litigation, No. 22-cv-10667 (JMF).

SO ORDERED.         [signature]
                    Victor Marrero
                    U.S.D.J.
Dated: February 21, 2025
```